**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6717

ALPHONSO HAYNESWORTH,

Plaintiff – Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; MICHAEL
LAUBSHIRE; ROBERT WARD; JON OZMINT; WILLIE EAGLETON;
REDFEARN MILLER; ANNIE SELLARS; BEVERLY BAKER; ANTHONY
WHILTINGTON; PAMELA D. MCDOWELL; OFFICER DRIGGERS; OFFICER
JOSEPH; G. ROGERS, Captain; K. LEAR, Sergeant; SERGEANT
THOMAS; MS. THOMAS; A. GRAVES; B. MILLER, Mrs.,

Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Cameron McGowan Currie, District
Judge.  (8:10-cv-00507-CMC)

Submitted:  November 18, 2010       Decided:  November 30, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alphonso Haynesworth, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonso Haynesworth appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. 1983 (2006) complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Haynesworth v. S.C. Dep't of Corr., No. 8:10-cv-00507-CMC (D.S.C. Apr. 30, 2010). We deny Haynesworth's motion for an order to show cause and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court's order is a final, appealable order. See Young v. Nickols, 413 F.3d 416, 418 (4th Cir. 2005).